Geoffrey M. Trachtenberg (SBN # 019338)
gt@ltinjurylaw.com
Justin Henry (SBN #027711)
justinhenry@ltinjurylaw.com
**LEVENBAUM TRACHTENBERG, PLC**
362 North Third Avenue
Phoenix, Arizona 85003
Telephone (602) 271-0183
Facsimile (602) 271-4018

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Bogus, a married man,<br><br>    Plaintiff,<br><br>  v.<br><br>GEICO Indemnity Company, a Maryland corporation; Danielle Trach and Zachary Trach, wife and husband; John Does I-X; Jane Roes I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>    Defendants. | Case No. 18-cv-03042-PHX-GMS<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S OFFER OF JUDGMENT** |

Notice is hereby given that Plaintiff Justin Bogus served an Offer of Judgment pursuant to Rule 68 of the Arizona Rules of Civil Procedure on Defendants Danielle Trach, Zachary Trach, and GEICO Indemnity Company on September 6, 2019[1].

///

///

///

---

[1] Although Rule 68 of the Federal Rules of Civil Procedure makes no provision for plaintiffs to serve Offers of Judgment, Arizona's Rule 68 permits a plaintiff to serve an Offer of Judgment. *Compare* Fed.R.Civ.P. 68 *with* Ariz.R.Civ.P. 68; *see also Goldberg v. Pacific Indemnity Co.*, 627 F.3d 752 (9th Cir. 2010) (suggesting *in dicta* that Arizona's Rule 68 may not conflict with Federal Rule 68 under the *Erie* doctrine).

DATED this 6th day of September, 2019.

**LEVENBAUM TRACHTENBERG, PLC**

/s/ Justin Henry
Justin Henry
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify on September 6th, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sanford K. Gerber, Esq.
Daniel O. King, Esq.
**JONES, SKELTON & HOCHULI, PLC**
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants*

/s/ Lisa Balbini